UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CARROLL,

        Petitioner,        Case Number: 2:16-CV-13298

v.        HON. VICTORIA A. ROBERTS
        UNITED STATES DISTRICT JUDGE

SHIRLEE HARRY,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME (ECF. No. 9)

Petitioner filed a habeas corpus petition. He submitted an original and two incomplete copies of the petition. The Court issued an Order to Correct Deficiency requiring Petitioner to submit two complete copies of his petition within 21 days as required by Rule 3(a), Rules Governing Section 2254 Cases. (ECF No. 5). On October 14, 2016, Petitioner filed a request for extension of time to comply with the Court's order. (ECF No. 9). Petitioner asks for additional time because he only recently received the Court's Order to Correct Deficiency and he did not retain a full copy of the petition. The Court finds Petitioner's request reasonable.

Accordingly, the Court **GRANTS** Petitioner's Request for Extension (ECF No. 9). Petitioner shall submit two complete copies of his petition within 21 days from the date of this Order. The Court directs the Clerk of Court to provide Petitioner with a copy of the petition for habeas corpus relief (ECF No. 1). Failure to correct the deficiency may result

in dismissal of this action without prejudice.

S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

DATED: 11/14/2016